U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 C 4724
SIRMONT DAVIS and GAYLE COOKS v. CITY OF
CHICAGO, a municipal corporation, and SIXTEEN
UNKNOWN CHICAGO POLICE OFFICERS,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SIRMONT DAVIS and GAYLE COOKS

| NAME (Type or print) |
| --- |
| Craig M. Sandberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Craig M. Sandberg |
| FIRM |
| Muslin & Sandberg |
| STREET ADDRESS |
| 19 S. LaSalle Street, Suite 700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603-1491 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6257836 | (312) 263-7249 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐